No. 03–5178.  RODRIGUEZ *v.* TEXAS.  Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–5179.  SMITH *v.* BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–5180.  VERA *v.* UTAH DEPARTMENT OF HUMAN SERVICES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–5181.  BURKS *v.* CAREY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–5182.  VARDAS *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 03–5184.  LOTT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–5185.  JACKSON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5186.  KENNEDY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5187.  KELLY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5188.  PRITCHETT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5189.  MILLER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 03–5190.  MILLER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5191.  GRAHAM *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–5192.  HUDGINS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.